IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| NEWPARK MATS & INTEGRATED SERVICES, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CHECKERS INDUSTRIAL PRODUCTS LLC, D/B/A CHECKERS SAFETY GROUP,<br><br>*Defendant.* | CIVIL ACTION NO. 1:17-cv-00142-BR |

## ORDER

Upon consideration of the Joint Stipulation for Dismissal with prejudice, it is ORDERED that the Motion is GRANTED

Dated: ~~July 10, 2018~~
July 12, 2018

_____
UNITED STATES DISTRICT JUDGE

4812-5097-8925\1